IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 1:05-M-42M |
| | : | |
| JAVIER TRINIDAD-SILVA | : | |

MOTION TO RETURN BAIL MONEY

Now comes the Defendant, Javier Trinidad-Silva as well as the surety for the Defendant, Joseph Voccola, and respectfully requests that His Honor, Magistrate Judge Martin, return a $10,000 cash bail that was posted with respect to the above-captioned matter on Thursday, March 3, 2005. The Defendant avers that he disposed of a violation matter in the State of Texas for which he had to post said bail. Moreover, Counsel for the Defendant represents that Assistant U.S. Attorney Adi Goldstein has no objection to the instant motion.

WHEREFORE, the Defendant prays that his Motion to Return Bail Money be granted.

Respectfully Submitted,
By His Attorney,

Joseph J. Voccola, Esq., #4132
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy was hand-delivered to U.S. District Court, District of Rhode Island, One Exchange Terrace, Providence, RI 02903 and to Adi Goldstein, Assistant U.S. Attorney, 50 Fleet Center 8th Floor, Providence, RI 02903 on this 8th day of June, 2005.

[signature]




Thu Mar 3 15:04:26 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 59610
Cashier fmccabe

Tender Type CHECK

Check Number:

Transaction Type C

Case No./Def No. 1:05-MG-042 / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4670 | 1 | 604700 |

Amount $ 10000.00

JOSEPH VOCCOLA, 7 TABOR DR., JOHNSTON, RI 02919 C/O VOCCOLA LAW

454 BROADWAY, PROV. 02909 BAIL FOR J. TRINIDAD-SILVA 05-M-42 M

cn