UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:05-M-42M |
| | : | |
| JAVIER TRINIDAD-SILVA | : | |

**ORDER GRANTING**
**MOTION TO RETURN BAIL**

Before the court is Defendant's Motion to Return Bail Money (the "Motion"). Defendant seeks the return of $10,000 cash bail which was posted on March 3, 2005. The government has no objection to the Motion.

The Motion is hereby GRANTED. The $10,000 shall be returned to Joseph J. Voccola, Esq., 7 Tabor Drive, Johnston, Rhode Island, 02919.

So Ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 14, 2005

PER ORDER:

Martha Saucier
Deputy Clerk